IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OMAR COOKE, : | |
|    Petitioner : | |
| : | No. 1:12-cr-6-18 |
| v. : | |
| : | (Judge Kane) |
| UNITED STATES OF AMERICA, : | |
|    Respondent : | |

# ORDER

**AND NOW**, on this 13th day of September 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's motions to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. Nos. 1115, 1129) are **DISMISSED** as untimely, see 28 U.S.C. § 2255(f);

2. Petitioner's related motions (Doc. Nos. 1126, 1127, 1132, 1136) are **DENIED AS MOOT**;

3. A certificate of appealability **SHALL NOT ISSUE**; and

4. The Clerk of Court is directed to **CLOSE** the corresponding civil action opened at 1:17-cv-926.

                                                                                       s/ Yvette Kane
                                                                                       Yvette Kane, District Judge
                                                                                       United States District Court
                                                                                       Middle District of Pennsylvania